CRYSTAL TREE, INC., et al.,
Plaintiffs–Appellants,

v.

LANDMARK BANK, et al., Defendants–
Respondents.

No. 61042.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 2, 1993.

Nicholas G. Higgins, Clayton, for plaintiffs-appellants.

Thompson & Mitchell, Gordon L. Ankney, Bill B. Dorothy, Thena Poteat Szabo, St. Louis, for defendants-respondents.

Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

ORDER

PER CURIAM.

Plaintiffs, Crystal Tree, Inc., et al., appeal from the judgment of the trial court which directed verdict at the close of plaintiffs' evidence in favor of defendant, Landmark Bank, et al. We have reviewed the evidence and find that no error of law appears. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).